IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JAKARI SMITH,**

**Defendant.**                                                  **No. 07-CR-30063-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is attorney Michael S. Ghidina's Motion to Withdraw as Counsel in the above-captioned matter. (Doc. 12.) Because Defendant Jakari Smith has retained other counsel in this matter, the Court **GRANTS** Attorney Ghidina's motion and **WITHDRAWS** Attorney Ghidina from this matter. (Doc. 12.)

**IT IS SO ORDERED.**

Signed this 7th day of June, 2007.

/s/     David   RHerndon
**United States District Judge**