IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          ) | |
|                                        ) | |
| **Plaintiff,**                         ) | |
|                                        ) | |
| **vs.**                                ) | |
|                                        ) | |
| **JAKARI SMITH,**                      ) | |
|                                        ) | |
| **Defendant.**                         ) | **No. 07-CR-30063** |

## ORDER

**HERNDON, District Judge:**

       Before the Court is a motion to continue trial submitted by Defendant Smith. (Doc. 15.) The motion is unopposed. The Court finds that the trial should be postponed because Defendant and the Government are involved in ongoing discussions concerning a possible plea agreement. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Smith in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Clearly, to go forward now would visit a manifest miscarriage of justice upon all concerned. Therefore, the Court **GRANTS** Defendant Smith's motion to continue (Doc. 15) and continues the trial scheduled for July 16, 2007 for Defendant Smith until September 24, 2007. The time from the date

Defendant Smith's motion was raised, July 2, 2007, until the date on which the trial is rescheduled, September 24, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 9th day of July, 2007.

/s/      David   RHerndon
**United States District Judge**