IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JAKARI SMITH,**

**Defendant.**                                                                 **No. 07-CR-30063-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's motion to extend voluntary surrender date. (Doc. 22.) The Court finds that there is not good cause to extend Defendant's surrender date. Therefore, the motion is **DENIED**. (Doc. 22.)

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2007.

/s/     *David R Herndon*

**Chief Judge
United States District Court**